STATE EX REL. FIELD, Respondent, vs. WIDULE, Clerk, etc., Appellant.

*October 6—October 26, 1915.*

*State ex rel. Kempsmith v. Widule, ante,* p. 389, followed.

APPEAL from a judgment of the circuit court for Milwaukee county: ORREN T. WILLIAMS, Circuit Judge. *Affirmed.*

For the appellant there was a brief signed by the *Attorney General, E. E. Brossard,* assistant attorney general, *Winfred C. Zabel,* district attorney of Milwaukee county, *W. L. Tibbs* and *Daniel W. Sullivan,* assistant district attorneys, *Daniel W. Hoan,* city attorney of Milwaukee, and *Max Schoetz, Jr.,* assistant city attorney; and the cause was argued orally by *Mr. Brossard, Mr. Sullivan,* and *Mr. Schoetz.*

*Chas. T. Hickox,* for the respondent.

MARSHALL, J.  This action involves the question in respect to a life annuity of $5,000 per year, decided herewith in *State ex rel. Kempsmith v. Widule, ante,* p. 389, 154 N. W. 695, and is ruled thereby.

*By the Court.*—Judgment affirmed.